JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) No. CR15-5133BHS |
|---|---|
| Plaintiff, | ) ORDER GRANTING MOTION FOR |
| v. | ) WITHDRAWAL AND FOR ) SUBSTITUTION OF COUNSEL |
| HILARIO ORTIZ-CALDERON, | ) |
| Defendant. | ) |

The Court having considered the Motion for Withdrawal and Substitution of Counsel, and the documents being filed in support thereof:

NOW THEREFORE IT IS HEREBY ORDERED that the Federal Public Defender, and Assistant Federal Public Defenders John Carpenter and Colin Fieman, are permitted to withdraw as defense counsel in this matter, and that retained defense counsel Sarah Perez shall be appointed to represent the defendant.

DONE this 30th day of June, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:
*s/ John Carpenter*
Assistant Federal Public Defender

ORDER GRANTING MOTION TO WITHDRAW
(*United States v. Ortiz-Calderon*; CR15-5133BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710